## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Lake States Lumber, Inc,

        Plaintiff,                              Civil No. 08-1682 (RHK/RLE)

vs.

                                                 **ORDER**

The Sherwin-Williams Company,

        Defendant.

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  June 10, 2008

                                                                s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge