**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Lake States Lumber, Inc., | Civil No. 08-1682 (RHK/RLE) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| The Sherwin-Williams Company, | |
| Defendant. | |

_____

Based upon the parties' Stipulation for Dismissal (Doc. No. 16), **IT IS ORDERED t**hat this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, disbursements and fees.

Dated:  March 20, 2009

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge